HARROLD v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. March 5, 1923.) No. 6299. In Error to the District Court of the United

States for the Western District of Oklahoma. W. C. Stevens, of Lawton, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi).